UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANTHONY CALDWELL, | Case No. 22-12233 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| STOKELY-HAMDEN, *et al.*, | Kimberly G. Altman |
| Defendants. | United States Magistrate Judge |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MAY 3, 2023
<u>REPORT AND RECOMMENDATION (ECF No. 39)</u>**

Currently before the Court is Magistrate Judge Kimberly G. Altman's May 3, 2023 Report and Recommendation. (ECF No. 39). Magistrate Judge Altman recommends granting Defendants' Bacon and Harbaugh's motion to dismiss, and granting their motion for summary judgment in part as to Defendant Harbaugh. (ECF Nos. 39, 23). Judge Altman further recommends granting Defendants Stokely-Hamden and Onyango's motion to dismiss. (ECF Nos. 39, 19). The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing

*Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 39), **GRANTS** Onyango and Stokely-Hamden's motion to dismiss (ECF No. 19), **GRANTS** Defendants Bacon and Harbaugh's motion to dismiss (ECF No. 23), and **GRANTS** their motion for summary judgment in part as to Defendant Harbaugh and **DENIES** their motion for summary judgment as to Defendant Bacon, and **DISMISSES** the complaint with prejudice.

    **SO ORDERED**.

Date: May 31, 2023             s/F. Kay Behm  
                                                F. Kay Behm  
                                                United States District Judge